IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

HERLAN O'BRIEN DAVIS,                :
                                     :
     Petitioner,                     :
                                     :
vs.                                  :     CIVIL ACTION 14-0296-KD-M
                                     :
CHERYL PRICE,                        :
                                     :
     Respondent.                     :

ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be **DISMISSED** as time-barred. It is further ORDERED that any certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to appeal *in forma pauperis*.

DONE this  26th  day of         March         , 2015.

                    s/ Kristi K. DuBose
                    _____
                    KRISTI K. DuBOSE
                    UNITED STATES DISTRICT JUDGE